[Civ. No. 5727. Second Appellate District, Division One.—March 4, 1930.]

S. E. ACKERMAN, Appellant, v. ANNIE T. BEACH et al., Respondents.

C. A. Stice for Appellant.

E. S. Wakeman for Respondents.

CRAIG (ELLIOT), J., *pro* ▮▮▮ The matters involved on this appeal are identical with those of *Ackerman v. Beach et al.*, Civil No. 5726 (*ante*, p. 299 [285 Pac. 895]), this day decided by this court, and upon the authority of that case the order herein appealed from should be affirmed. The order appealed from is affirmed.

Conrey, P. J., and Houser, J., concurred.